UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALMCOLM HART,

                  Plaintiff,

-against-

DEPARTMENT OF SOCIAL SERVICES,

                  Defendants.

23-CV-4779 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 15, 2024
            New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                   Chief United States District Judge